IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02475-WYD-OES

ALLEN M. "MAC" WILLIAMS,

    Plaintiff,

v.

ALPINE BANKS OF COLORADO;
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication;
GEORGE ORBANEK; and
JOHN P. GORMLEY,

    Defendants.

_____

### ORDER OF RECUSAL
_____

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, which filed an Entry of Appearance for Defendants The Daily Sentinel, George Orbanek, and John P. Gormley.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  December 27, 2005

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge