IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. (MAC) WILLIAMS,

Plaintiff,
v.

ALPINE BANKS OF COLORADO,
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication,
GEORGE ORBANEK, and
JOHN P. GORMLEY

Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2006.**

Plaintiff's Unopposed Motion for Leave to File a response to Newspaper defendants' Motion for Protective Order [Filed March 9, 2006; Docket #58] is **granted**. Plaintiff's Response is to be filed no later than March 28, 2006. Plaintiff is reminded that pursuant to D.C. COLO. L.Civ.R 7.1.C, a party objecting to a Motion may file a Response to that Motion within twenty (20) days after the Motion is filed without seeking leave of the Court.