IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. (MAC) WILLIAMS,

Plaintiff,
v.

ALPINE BANKS OF COLORADO,
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication,
GEORGE ORBANEK, and
JOHN P. GORMLEY

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2006.**

      Plaintiff's Motion for Leave to File a Surreply to Newspaper Defendants' Reply to Motion for Sanctions [Filed March 24, 2006; Docket #65] is **granted** *solely* to the extent that Plaintiff's Surreply addresses new evidence presented in Newspaper Defendant's Reply.