IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. (MAC) WILLIAMS,

Plaintiff,
v.

ALPINE BANKS OF COLORADO,
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication,
GEORGE ORBANEK, and
JOHN P. GORMLEY

Defendants.

## ORDER ON MOTION FOR PROTECTIVE ORDER

On January 24, 2006, Plaintiff filed a Motion to Continue Scheduling Conference until 120 days after the Court ruled on Defendant's Motion to Dismiss. Plaintiff also argued that the Colorado Attorney General's office had not yet responded to the Notice of Unconstitutionality to determine if it would intervene. The Newspaper Defendants objected to this motion and asserted that an early Scheduling Conference at which the Magistrate Judge could discuss the issues in the case would be advantageous. The Court denied Plaintiff's Motion.

The date of the Scheduling Conference controls the beginning of discovery, in that Rule 26(f) disclosures must be exchanged three weeks before the Scheduling Conference. After the Court denied Plaintiff's Motion and after initial discovery started, the Newspaper Defendants filed a Motion for Protective Order to stay all discovery until the Court ruled on Defendant's Motion to Dismiss. Plaintiff argues that he will be prejudiced by a stay because he will not be able to supplement the facts supporting his claims for conspiracy.

It appears that the Defendants have taken contradictory positions regarding the discovery schedule in this case. The Defendants have previously represented to the Court a desire to get this case moving, and now have objected to the Plaintiff's commencement of discovery. Another complicating factor is the Plaintiff's Motion to Amend his complaint, filed on April 6, 2006. This may or may not necessitate withdrawal of the pending dispositive motions and/or the filing of new or supplemental motions. A stay of discovery is premature at this point.

Thus, the Newspaper Defendant's Motion for Protective Order [Filed March 8, 2006; Docket #55] is **denied** without prejudice to the filing of a renewed motion at some point in the future, if good cause is shown. At the present time, discovery shall continue under the guidelines of the Scheduling Order.

Dated at Denver, Colorado, this 10th day of April, 2006.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge