IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. "MAC" WILLIAMS,

    Plaintiff,

v.

ALPINE BANKS OF COLORADO;
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication;
GEORGE ORBANEK; and
JOHN P. GORMLEY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 1, 2006.**

    Before the Court are Plaintiff's Motion for Leave to File a Supplement to the Amended Complaint Pursuant to FRCP Rule 15(d) [Docket #75] and Plaintiff's Motion for Leave to File Amendment to the Amended Complaint Pursuant to FRCP Rule 15 [Docket # 77]. Plaintiff argues this amendment is necessary because of factual events that have occurred after he filed his last Amended Complaint. Defendants object to these motions based on the futility of the amendments and Plaintiff's failure to include his Second Amended Complaint with his Motion.

    Because the deadline established in the Scheduling Order for amendment of pleadings has not yet passed, Plaintiff will be allowed to file a Second Amended Complaint so that he can provide a concise statement of all claims against the Defendants. The Court need not consider the futility of amendment at this time, for either his amendments will cure any alleged deficiencies in his First Amended Complaint, or Defendant's arguments against his First Amended Complaint will apply equally to the Second Amended Complaint. As such, Defendant Alpine Banks' Motion for Summary Judgment, and the Newspaper Defendants' Motion to Dismiss and Motion for Sanction for Frivolous Amended Complaint remain pending.

    Accordingly, Plaintiff's Motion for Leave to File a Supplement to the Amended Complaint Pursuant to FRCP Rule 15(d) [Filed April 6, 2006; Docket #75] is **granted**. Plaintiff's Motion for Leave to File Amendment to the Amended Complaint Pursuant to FRCP Rule 15 [Filed April 6, 2006; Docket #77] is **granted**. Plaintiff shall file his Second Amended Complaint no later than May 12, 2006.