IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. (MAC) WILLIAMS,

    Plaintiff,

v.

ALPINE BANKS OF COLORADO,
THE DAILY SENTINEL, a Cox Newspapers, Inc. Publication,
GEORGE ORBANEK, and
JOHN P. GORMLEY,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael E. Hegarty, issued April 7, 2006, that Plaintiff Allen M. Williams's motion for default judgment against Defendant Alpine Banks of Colorado be denied. Williams has not objected to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the motion for default judgment, Alpine's response, and the recommendation. I agree with Magistrate Judge Hegarty that default judgment against Alpine is not warranted on the record in this case.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Hegarty, issued April 7, 2006, is accepted.

2. Plaintiff's motion for default judgment against Alpine, filed January 24, 2006 (Docket No. 31), is denied.

DATED at Denver, Colorado, on May 4, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge