IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02475-WDM-MEH

ALLEN M. "MAC" WILLIAMS,

    Plaintiff,

v.

ALPINE BANKS OF COLORADO, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2).  After consideration of the motion and the defendant's response,

It is ordered that this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 1, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge